IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,       )
                                )
                Plaintiff,      )        4:03CR3030
                                )
        v.                      )
                                )
ERIC R. PHILLIPS,               )        ORDER
                                )
                Defendant.      )
_____)
```

      This matter is before the Court to schedule a hearing on plaintiff's Rule 35(b) motion (Filing No. 32).  Accordingly,

      IT IS ORDERED that a hearing on plaintiff's Rule 35(b) motion is scheduled for:

**Thursday, May 12, 2005, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.  Defendant need not be present.

      DATED this 3rd day of May, 2005.

                                  BY THE COURT:

                                  /s/ Lyle E. Strom
                                  _____
                                  LYLE E. STROM, Senior Judge
                                  United States District Court