IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )       4:03CR3030
                              )
       v.                     )
                              )
ERIC R. PHILLIPS,             )       ORDER
                              )
            Defendant.        )
_____)
```

      This matter is before the Court on plaintiff's motion to file sealed motion (Filing No. 42).  The Court finds the motion should be granted.  Accordingly,

      IT IS ORDERED that plaintiff's motion to file sealed motion is granted.

      DATED this 19th day of May, 2011.

                          BY THE COURT:

                          /s/ Lyle E. Strom
                          _____
                          LYLE E. STROM, Senior Judge
                          United States District Court